## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PR GAINESVILLE, LLC,** | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **UP DEVELOPMENT – GAINESVILLE** | : | |
| **500 ACRES, LLC,** | : | **No. 18-957** |
| **Defendant.** | : | |

## ORDER

**AND NOW**, this **1st** day of **May, 2018**, upon consideration of Defendant's Motion to Dismiss Plaintiff's Complaint, Plaintiff's opposition thereto, Defendant's reply thereon, and for the reasons provided in this Court's Memorandum dated May 1, 2018, it is **ORDERED** that the motion (Document No. 3) is **DENIED**.

BY THE COURT:

_____

**Berle M. Schiller, J.**